UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOYCE ENSLEY,<br>    PLAINTIFF,<br><br>V.<br><br>CHARLES A. WHOBREY, GEORGE J. WESTLEY, MARVIN KROPP, GARY DUNHAM, ARTHUR H. BUNTE, JR., GARY F. CALDWELL, RONALD DESTEFANO, GREG R. MAY, THOMAS C. NYHAN, CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUNDS,<br>    DEFENDANTS. | ) ) ) ) )   CIVIL NO. 3:17-CV-00754 )   JUDGE TRAUGER ) ) )   **Motion GRANTED.** ) ) ) ) ) ) ) ) |

PLAINTIFF'S MOTION TO FILE PROOF OF SERVICE IN A CLOSED CASE

    Comes now the Plaintiff, Ms. Joyce Ensley ("Ms. Ensley"), by the undersigned counsel and files Plaintiff's Motion to File Proof of Service in a Closed Case. Ms. Ensley requests permission to file the Proof of Service for the following: (1) Mr. Charles A. Whobrey, (2) Mr. George J. Westley, (3) Mr. Marvin Kropp, (4) Mr. Gary Dunham, (5) Mr. Arthur H. Bunte, Jr., (6) Mr. Gary F. Caldwell, (7) Mr. Ronald DeStefano, (8) Mr. Greg R. May, (9) Mr. Thomas C. Nyhan, and (10) Central States Southeast and Southwest Areas Health and Welfare Pension Funds pursuant to Rule 4(l) of the Federal Rules of Civil Procedure. Each Proof of Service is attached hereto as Exhibits A – J, respectively.

February 22, 2018        Respectfully submitted,

                                  s/ Gina Crawley
                                  Gina Crawley